Matter of Town of Leroy v Route 5 Bus. Park, LLC
2026 NY Slip Op 03591
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF TOWN OF LEROY, PETITIONER-APPELLANT,
v
ROUTE 5 BUSINESS PARK, LLC, AND STEVEN A. WEBER, RESPONDENTS-RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
482 CA 25-00577
Present: Whalen, P.J., Lindley, Ogden, And Nowak, JJ.

BARCLAY DAMON LLP, ROCHESTER (RADHIKA SHUKLA OF COUNSEL), FOR PETITIONER-APPELLANT.
TAYLOR DYKEMA PLLC, HOUSTON, TEXAS (ISAAC M. DISKIND OF COUNSEL), FOR RESPONDENTS-RESPONDENTS.

Appeal from an order of the Supreme Court, Genesee County (Diane Y. Devlin, J.), entered February 26, 2025. The order, insofar as appealed from, denied the request of petitioner for attorney's fees.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court